IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JACK SULLIVAN,

      Plaintiff,

vs.

CARMEN PACHECO, and SERGIO JIMENEZ,

      Defendants.

**8:26CV35**

**MEMORANDUM AND ORDER**

On February 20, 2026, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 6th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge